**Harold BOYD, Plaintiff-Appellant,**

**v.**

**JAXX, LLC, Defendant-Appellee.**

**No. 17-1555**

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 13, 2017

Harold Boyd, Appellant Pro Se. Keith Michael Weddington, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and WILKINSON and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Boyd appeals the district court's order dismissing his employment discrimination action under 28 U.S.C. § 1915(e)(2)(B) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boyd. v. Jaxx, LLC*, No. 3:17-cv-00135-RJC-DCK (W.D.N.C. Mar. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED*